UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL SALAFIA,

    Plaintiff,

v.                                                   Case No: 8:16-cv-953-T-36AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on August 10, 2017 (Doc. 15). In the Report and Recommendation, Magistrate Judge Porcelli recommends that the decision of the Commissioner be affirmed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**.

(3)     The Clerk is directed to enter judgment in favor of the Commissioner, terminate all pending motions, and close this case.

**DONE AND ORDERED** at Tampa, Florida on August 29, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record